THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv289

| | |
|---|---|
| JAMIE BARNARD, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) **O R D E R** |
| SUNTRUST BANK, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte*.

On June 6, 2012, the Court entered an Order severing from this action all claims asserted by the Plaintiffs, with the exception of the claims asserted by the Plaintiffs Jamie Barnard and Mark Zurawel. The severed Plaintiffs were given thirty (30) days to refile their claims as separate lawsuits against the Defendant or seek dismissal of their claims. [Doc. 27].

In light of the severance of Plaintiffs' claims, the Court will require the remaining Plaintiffs, Jamie Barnard and Mark Zurawel, to file an Amended Complaint incorporating only the factual allegations and causes of action that they intend to assert in this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs Jamie Barnard and Mark Zurawel shall file an Amended Complaint no later than **July 6, 2012**.

**IT IS FURTHER ORDERED** that the Defendant shall have thirty (30) days from service of the Amended Complaint to answer or otherwise respond.

**IT IS SO ORDERED**.

Signed: June 11, 2012

Martin Reidinger
United States District Judge