# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:11cv289

| | |
|---|---|
| JAMIE BARNARD, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SUNTRUST BANK and ) | |
| APRIL KISSELBURG DAVIS, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Motion to Dismiss without Prejudice of certain Plaintiffs. [Doc. 32]. The Defendants have filed a Statement of Non-Opposition to Plaintiffs' Motion to Dismiss. [Doc. 33].

The Court finds the motion should be granted for the reasons stated therein.

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss without Prejudice of Plaintiffs Keith M. Behrens, Michelle Behrens, Robert S. Burt, Scott Clements, Nicole Clements, Thomas G. Dykhouse, Linda S. Dykhouse, Chris S. Fiorenzi, Rina A. Fiorenzi, Glenn Foss, Christine Foss, William C. Gattoni, Deborah A. Gattoni, Joseph P. Grusser, Katherine V. Grusser, Mark A. Ippolito, Karen Packman, Frank R. Seager and Carol L. Seager is hereby

**GRANTED** and each of these Plaintiffs is hereby **DISMISSED** from this action without prejudice.

Signed: August 7, 2012

Martin Reidinger
United States District Judge